United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 8, 2005**

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 04-50559

UNITED STATES OF AMERICA

Plaintiff - Appellee

VERSUS

RUBEN FELAN-SOTELO, also known as Ruben Sotelo-Felan

Defendant - Appellant

Appeal from the United States District Court
For the Western District of Texas
2:03-CR-528-01

Before DAVIS, JONES and GARZA, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  See 5th Circuit Local Rule 47.6.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.